

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,542-01

**EX PARTE CHRISTOPHER STEVENSON, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 17-04-16008A IN THE 506TH DISTRICT COURT
## FROM WALLER COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of burglary of a habitation and sentenced to two years' imprisonment. Applicant filed applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On July 7, 2020, the trial court entered an order designating issues. The district clerk forwarded this application to this Court despite the timely order designating issues. TEX. R. APP. P. 73.5. We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's

findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.


Filed:       September 16, 2020
Do not publish